DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brandon.jaroch@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:99-mj-01284-VCF |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| JUAN JACINTO NAVARRO GOMEZ, | |
| Defendant. | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and BRANDON C. JAROCH, Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), brings the following motion to dismiss the Criminal Complaint, filed in this matter on November 18, 1999, as to the captioned defendant in the interests of justice and without prejudice. ECF No. 1.

With seven years remaining on his underlying sentence, the defendant escaped from federal custody and eventually fled to the Netherlands. The defendant was arrested in the Netherlands on September 2, 2015 and was certified as extraditable on November 14, 2016. On December 8, 2016, Dutch authorities

extradited the defendant to the District of Maryland to serve the remainder of his 120-month prison sentence. In the extradition treaty with the Netherlands, he cannot be tried for escape, without permission from the Netherlands, which has not been received as of yet.

The government moves for the dismissal of the Criminal Complaint without prejudice against the defendant, JUAN JACINTO NAVARRO GOMEZ, filed in this matter on November 18, 1999.

Dated this 10th day of January, 2017.

DANIEL G. BOGDEN,
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:99-mj-01284-VCF |
| Plaintiff, | ORDER |
| vs. | |
| JUAN JACINTO NAVARRO GOMEZ, | |
| Defendant. | |

Based on the representations contained in the Government's motion and good cause appearing:

IT IS ORDERED that the Criminal Complaint against the defendant, filed in this matter on November 18, 1999, is dismissed without prejudice.

DATED this 10th of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE