# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN JACINTO NAVARRO GOMEZ,

    Defendant.

2:99-mj-01284-VCF

**ORDER**

Before the court is the Motion to Correct Clerical Error re Custody Classification (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Correct Clerical Error re Custody Classification (ECF No. 14) must be filed on or before February 20, 2020.

DATED this 10th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE