# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:99-mj-01284-VCF |
| vs. | **ORDER** |
| JUAN JACINTO NAVARRO GOMEZ, | |
| Defendant. | |

Before the court is the Motion to Correct Clerical Error re Custody Classification (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that a hearing the Motion to Correct Clerical Error re Custody Classification (ECF No. 14) is scheduled for 10:00 AM, May 5, 2020, in Courtroom 3D.

Juan Jacinto Navarro Gomez may appear telephonically for the 10:00 AM, May 5, 2020 hearing.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

The Clerk of Court is directed to mail a copy of this order to Juan Jacinto Navarro Gomez.

Juan Jacinto Navarro Gomez
50235-083
FCI Miami - Low
P.O. Box 779800
Miami, FL 33177

DATED this 5th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE